**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elkino Denardo Dawkins, Sr., | No. CV-22-00458-TUC-RM (DTF) |
| Plaintiff, | **ORDER** |
| v. | |
| Department of Economic Security, | |
| Defendant. | |

On October 4, 2022, Plaintiff Elkino Denardo Dawkins, Sr. filed a pro se Complaint (Doc. 1) and an Application for Leave to Proceed in Forma Pauperis (Doc. 2). The matter was referred to Magistrate Judge D. Thomas Ferraro, who granted Plaintiff leave to proceed in forma pauperis (Doc. 5) and, upon screening, dismissed the Complaint with leave to amend for failure to state a claim upon which relief can be granted (Doc. 14). In his Screening Order, Magistrate Judge Ferraro warned Plaintiff that failure to file an amended complaint would result in the issuance of a Report and Recommendation ("R&R") recommending that this matter be dismissed without prejudice. (Doc. 14.). Plaintiff failed to file an amended complaint, and Magistrate Judge Ferraro accordingly issued an R&R recommending dismissal. (Doc. 15.) No objections to the R&R were filed, and the deadline for filing objections has expired.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule

72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge.  Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

This Court has reviewed Magistrate Judge Ferraro's R&R and the record in this case.  The Court finds no error in Magistrate Judge Ferraro's R&R.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 15) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that the above-entitled action is **dismissed without prejudice** for failure to state a claim and failure to comply with Court Orders. The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated this 27th day of February, 2023.

_____
Honorable Rosemary Márquez
United States District Judge